**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

Adirondack Scenic Inc.
dba Adirondack Studios
*added 6/15/17*
439 County Route 45
Argyle, NY 12809
518-638-8000
dschermerhorn@adkstudios.com
Dean Schermerhorn

American Pile and Foundation LLC
61 County Line Road
Somerville, NJ 08876
908-534-7430
ccutillo@amicanpilellc.com
Nelson Ferreira

J. Anthony Equipment Co.
4201 S. Clinton Avenue
South Plainfield, NJ 07080
908-222-1190
rob@janthonyequipment.com
Richard C. Anthony

Barr & Barr Inc.
460 West 34th Street
New York, NY 10001
212-563-2330
mmulqueen@barrandbarr.com
Michael A. Mulqueen

Beaver Concrete Construction Co. Inc.
1 Bethany Road
Building 5, Suite 68
Hazlet, NJ 07730
732-335-5700
val@beavercc.com
Valentino Rizzo

Bel-Con Construction Services Inc.
*Added 6/15/17*
26 Wallace Street
Belleville, NJ 07109
973-943-8745
bel3con@gmail.com
M. Zarafino

Berkowsky and Associates Inc.
*Added 5/11/17*
2551 Route 130
Cranbury, NJ 08512
609-655-2400
eberkowsky@berkowsky.com
dfoushee@berkowsky.com
Eric Berkowsky

BFC, Ltd.
207 W. Parkway Drive
Egg Harbor Twp., NJ 08234
609-645-2808
bbaumgardner@bfc-ltd.com
Bernadette B. Baumgardner

~~Gardner M. Bishop Inc.~~
*Resigned 5/23/17*
16 Mt. Ebo Road South, Suite 5
Brewster, NY 10509
845-582-0652
candrews@gmbishop.com
Christopher Andrews

Wm. Blanchard Co.
199 Mountain Avenue
Springfield, NJ 07081
973-376-9100
cblanchard@wmblanchard.com
Clifford W. Blanchard

1 | P a g e
as of June 20, 2017

RECEIVED
JUN 2 0 2017
NORTHEAST REGIONAL COUNCIL
OF CARPENTERS
RESEARCH DEPARTMENT

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

---

Brennan Industrial Contractors Inc.
*address change 9/30/16*
5 Plog Road
Fairfield, NJ 07004
973-439-6900
Robert Brennan

Brockwell & Carrington Contractors Inc.
*added 6/8/16*
1 Como Court
Towaco, NJ 07082
973-237-1222
mdassatti@brockwellcarrington.com
Michael B. Dassatti

CCA Civil Inc.
445 South Street, Suite 310
Morristown, NJ 07960
862-701-7200
Brennan_kevin@chinaconstruction.us
Kevin Brennan

~~Commodore Construction Corp.~~
*resigned 5/1/17*
602 South Third Avenue
Mount Vernon, NY 10550
914-297-3010
jroche@commodorecc.com
Gerald Boyle

Complete Installation Inc.
211 E. Main Street – 194
New Rochelle, NY 10801
917-440-9688
phil@completeinstallation.net
Philip Ravanello/Alfred O'Connor

J. Fletcher Creamer & Son Inc.
101 East Broadway
Hackensack, NJ 07601
201-488-9800
fcreamer@jfcson.com
J. Fletcher Creamer Jr.

E.E. Cruz & Company, Inc.
32 Avenue of the Americas
13th Floor
New York, NY 10013
212-431-3993
jmalandro@eecruz.com
Joseph F. Malandro

DeFoe Corp.
800 S. Columbus Avenue
Mt. Vernon, NY 10550
914-699-7440
rcolella@defoecorp.com
Robert Colella

Donaldson Interiors Inc.
*added 3/28/17*
150 Wireless Boulevard
Hauppauge, NY 11788
631-952-0800
bcarlin@donaldsonorganization.com
Cindy Aptheker (Executive Counsel)

Drill Construction Co., Inc.
80 Main Street, Suite 570
West Orange, NJ 07052
973-736-9350
lkdrill@drillconstruction.com
Lawrence K. Drill

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

Dryden Diving Company Inc.
213 Russell Mill Road
Woolwich Twp., NJ 08085
856-467-1385
drydiv@hotmail.com
Donald Dryden

Willard Dunham Construction Company
85 Tyler Place
South Plainfield, NJ 07080
908-226-5533
c.dunham@willarddunham.com
Clifford A. Dunham, Jr.

EDA Construction Co.
600 Center Avenue
Bensalem, PA 19020
215-638-3500
edeangelis@edacontractor.com
Edward DeAngelis

Empire Office
*added 3/28/17*
105 Madison Avenue
New York, NY 10016
212-607-5691
fmcenaney@empireoffice.com
Frank McEnaney

Epic Manpower Inc.
136 Eleventh Street
Piscataway, NJ 08854
732-752-6100
jepifano@epicbuilds.com
John Epifano

Everlasting Contracting
1203 Coast Avenue
Manahawkin, NJ 08050
609-489-6290
everlastingcontracting@comcast.net
Donald S. Napolitano Jr.

Exterior Wall and Building Consultants Inc.
*Added 1/20/17*
226 East Merrick Road
Valley Stream, NY 11580
516-599-5900
matt@crs-group.com
Matt Caruso

L. Feriozzi Concrete Company
3010 Sunset Avenue
Atlantic City, NJ 08401
609-823-2563
mailbox@feriozzi.com
Joseph A. Feriozzi

Fitzpatrick & Associates Inc.
PO Box 1408
Eatontown, NJ 07724
732-542-6100
mf@fitzpatrick-assoc.com
Michael Fitzpatrick

Five Star Installations
*added 1/26/17*
22 Cragwood Road, Unit F
Avenel, NJ 07001
732-248-8890
jcaserta@fivestarinstall.com
Joseph Caserta

Force Concrete & Masonry Corp.
202 12th Street
Piscataway, NJ 08854
732-926-0021
sp@forceconcretemasonrycorp.com
Scott Podwats

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

---

Foster Contracting
PO Box 913
Somerville, NJ 08876
732-537-0388
pfstires@gmail.com
Peter Stires

Fromkin Brothers, Inc.
125 Clearview Road
Edison, NJ 08837
732-225-5300
jpiscopo@fromkinbrothers.com
Jerry Piscopo

Albert Garlatti Construction Co. Inc.
401 Cleveland Avenue
Highland Park, NJ 08904
732-545-5727
lgarlatti@garlatticonstruction.com
Louis A. Garlatti Jr.

Global Installation Resources LLC
PO Box 4147
Clifton, NJ 07012
973-494-9680
mmccabe@gi-resources.com
Marge McCabe

Grove Construction LLC
328 Newman Springs Road
Red Bank, NJ 07701
732-704-9800
btorcivia@torcon.com
Benedict J. Torcivia Jr.

Hall Construction Co. Inc.
PO Box 770
Howell, NJ 07731
732-938-4255
mhall@hallgc.com
Mark D. Hall

Hi Tech Data Floors Inc.
185 Swarthmore Avenue
Lakewood, NJ 08701
732-905-1799
bob@htdf-inc.com
Robert J. McCrossan

Hunt Construction Group, Inc.
2450 South Tibbs Avenue
Indianapolis, IN 46241
317-227-7800
bmott@huntconstructiongroup.com
William Mott

InstaSpace LLC
*added 3/28/17*
427 Winding Lane
Chalfont, PA 18914
215-813-6475
instaspacenyc@gmail.com
Stephen J. Ball

Joseph Jingoli & Son Inc.
100 Lenox Drive, Suite 100
Lawrenceville, NJ 08648
609-512-2262
dmockaitis@jingoli.com
Dennis Mockaitis

JPC Group Inc.
228 Blackwood Barnsboro Rd.
Blackwood, NJ 08012
856-232-0400
jamiep@jpcgroupinc.com
James Petrongolo

Kiewit Infrastructure Co.
470 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
201-571-2500
wayne.thomas@kiewit.com
Wayne D. Thomas

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

---

Kiewit Weeks Massman, AJV
470 Chestnut Ridge Road
Woodcliff Lake, NJ 07677
201-571-2500
wayne.thomas@kiewit.com
Wayne D. Thomas

Kiska Construction Inc.
43-10 11th Street
Long Island City, NY 11101
718-943-0400
Alp_baysal@kiskagroup.com
Alp Baysal

Lanyi & Tevald Inc.
439 Route 46 East
Rockaway, NJ 07866
973-586-0096
billt@lanyitevald.com
William Tevald

LaTorre Construction
357 Monroe Avenue
Kenilworth, NJ 07033
908-497-1400
carmelo@latorreconstruction.com
Carmelo LaTorre

John D. Lawrence Inc.
901 Almonesson road
Westville, NJ 08093
856-456-1304
jap@jdlawrence.com
James F. Parry

Lend Lease (US) Construction LMB Inc.
200 Princeton South Corporate Center
PO Box 170
Ewing, NJ 08628
609-951-0500
steve.eberling@lendlease.com
Steve Eberling

Edward Leske Company
960 Monroe Street
Union, NJ 07083
908-686-7272
jim@edwardleske.com
James Del Guercio

Linde-Griffith Construction Co.
152 Passaic Street
Newark, NJ 07104
973-481-1106
dprice@linde-griffith.com
David Price

~~Linde-Griffith Construction Inc. II~~
*removed 6/15/17*
152 Passaic Street
Newark, NJ 07104
973-481-1106
ray@linde-griffith.com
Raymond A. Finley III

LRC Development Corp.
1400 45th Street
North Bergen, NJ 07047
201-803-0599
lrcdevelopment@yahoo.com
Leo Calvo

LVC Window Blinds Inc.
*added 6/15/17*
345 Harrison Avenue
Garfield, NJ 07026
201-525-0222
lancev@lvcinteriors.com
Lance VanCalcar

5 | P a g e
as of June 20, 2017

---

Macedos Construction
25 Minneakoning Road, Suite 200
Flemington, NJ 08822
908-806-3233
sbilynsky@macedosnj.com
Sandra Bilynsky

Massett Building Company
PO Box 1457
Pleasantville, NJ 08232
609-641-2503
nugentr@massettbuilding.com
Richard P. Nugent

C. Moschella Builders Inc.
86 Mountain Avenue
Cedar Knolls, NJ 07927
973-769-6555
Builder5@yahoo.com
C. Anthony Moschella

Joseph A. Natoli Contactors LLC
293 Change Bridge Road
Suite B
Pine Brook, NJ 07058
973-575-7686
janatolicontractors@verizon.net
Joseph A. Natoli

Network Construction Co., Inc.
1410 South New Road, PO Box 1475
Pleasantville, NJ 08232
609-641-1854
rpolisano@networkcon.com
Robert Polisano

Nordic Contracting Co. Inc.
111 Howard Boulevard
Ledgewood, NJ 07852
973-584-2000
kenjacobsen@nordiccontractinginc.com
Kenneth Jacobsen

**Northfield Construction Corp.**
**Added 6/20/17**
16 Ray Place
Fairfield, NJ 07004
973-882-7800
john@nfcc.biz
John Recchia

Nurminen Construction Corp.
249 Goffle Road
Hawthorne, NJ 07506
973-427-7090
aarno@nurminen.com
Aarno Nurminen

Nurminen Construction of NY Inc.
249 Goffle Road
Hawthorne, NJ 07506
973-423-3188
pasi@nurminen.com
Pasi Nurminen

Oradell Construction Co. Inc.
37 Woodland Road
Roseland, NJ 07068
973-226-7500
jc@oradellconstruction.com
Jeffrey Cherna

Pala Construction Corp.
12 Raspberry Trail
Warren, NJ 07059
201-251-3169
jpalaia@palaconstruction.com
James A. Palaia

Philadelphia D&M
500 Davis Drive
Plymouth Meeting, PA 19462
610-844-9240
cmelograno@philadm.com
Craig Melograno

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

---

B. Pietrini & Sons
111 E. Church Road
King of Prussia, PA 19406
610-265-2110
fpietrini@bpietrini.com
Francis A. Pietrini

Pravco, Inc.
245 Wescott Drive
Rahway, NJ 07065
732-388-0800
psharma@pravco.net
Praveen Sharma

J.R. Prisco Inc.
44 Middle Avenue
Summit, NJ 07901
908-273-9292
jimpriscojr@jrprisco.com
James R. Prisco Jr.

Prismatic Development Corporation
60 US Highway 46
Fairfield, NJ 07004
973-882-1133
rvg@prisdev.com
Robert V. Gamba

Pristine Services Inc.
PO Box 284
White Plains, NY 10605
914-381-2200
mariacristiano@pristineservices.com
Maria Cristiano

Pro Construction Co. Inc.
*added 3/30/17*
1 Westcoat Road
Egg Harbor Township, NJ 08234
609-646-3100
pro@pronj.net
Carolyn Jacondin

Pro Scaffolding Inc.
*added 6/8/16*
1250 W Elizabeth Avenue
Linden, NJ 07036
908-862-9488
ted@proscaffolding.com
Debbie Makosiej

Railroad Construction Co., Inc.
75-77 Grove Street
Paterson, NJ 07503
973-684-0362
ald@rccmail.net
Al Daloisio Jr.

Michael Riesz and Co.
588 New Brunswick Avenue
Fords, NJ 08863
738-738-8100
ejensen@rieszco.com
Eric Jensen

Rocket Construction
107 Garfield Avenue
Jersey City, NJ 07305
201-432-5499
tim@rocketconstruction.net
Tim Mullin

M.E. Sabosik Associates Inc.
2319 Bridge Avenue
Point Pleasant, NJ 08742
732-892-2800
mmurdoch@sabosik.com
Martin Murdoch

7 | Page
as of June 20, 2017

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

---

~~Samap USA Corp.~~
*removed 6/15/17*
18 Bridge Street
Unit 2A
Brooklyn, NY 11021
917-636-8049
Pietro.samapmontaggi@gmail.com
Pietro Sartori

Schiavone Construction Co. LLC
150 Meadowlands Parkway
Secaucus, NJ 07094
201-867-5070
smaggipinto@schiavone.net
Steven J. Maggipinto

Fred M. Schiavone Construction Inc.
PO Box 416
Malaga, NJ 08328
856-697-4558
roberta@fmschiavoneconstruction.com
Fred M. Schiavone

Schnell Contracting Systems
919 Route 33, Unit 37
Freehold, NJ 07728
732-845-9801
sgattoni@schnellcontracting.com
Stephen A. Gattoni

Simpson and Brown
119 North Avenue
Cranford, NJ 07016
908-276-2776
tsimpson@simpsonandbrown.com
Thatcher Simpson

State Line Construction Co. Inc.
225 Parkhurst Street
Newark, NJ 07114
973-621-2828
paula@statelineco.com
Euclides Domingues

Sundance Construction Co., Inc.
t/a B.D. Malcom Company
325 Beaver Brook Road
Lincoln Park, NJ 07035
973-694-2311
bdmalco@aol.com
Deborah M. Schuetz

Techno Acoustics Holdings LLC
58-85 57th Street
Maspeth, NY 11378
718-784-3730
jmartin@technoacoustics.com
Michael Sullivan

Torcon, Inc.
328 Newman Springs Road
Red Bank, NJ 07701
732-704-9800
btorcivia@torcon.com
Benedict J. Torcivia Jr.

Tutor Perini Corporation
1000 Main Street
New Rochelle, NY 10801
914-739-1908
acatik@perini.com
Ali M. Catik

**Associated Construction Contractors of New Jersey**
**Bargaining Rights – Northeast Regional Council of Carpenters**
Effective May 1, 2016 – April 30, 2019

---

Twenty-Four 7 Contracting
*added 5/17/16*
260 West 35th Street
New York, NY 10001
917-417-7297
billy@247installers.com
William Seidita

Upright Installations
*added 9/8/16*
1000 Jefferson Avenue
Elizabeth, NJ 07201
908-409-8100
larry@uprightinstallations.com
Lawrence Ross

Vericon Construction Company LLC
*added 4/26/16*
1063 Route 22 East
Mountainside, NJ 07092
908-873-0022
cdeangelis@vericonbuilds.com
Charles A. DeAngelis

Wade Ray Associates Construction
3827 US Highway 1
Monmouth Junction, NJ 08852
732-297-1700
sschnitzlein@waderay.com
Stephen Schnitzlein

Walsh Construction Company - *added 12/7/16*
929 West Adams
Chicago, IL 60607
312-492-1576
rmcull@walshgroup.com
Timothy S. Gerken

T.N. Ward Company
815 Atlantic Avenue
Atlantic City, NJ 08401
609-345-5877
jdevecchio@tnward-nj.com
John Devecchio

~~Warrior Installations Group LLC~~
*resigned 4/24/17*
25 Cider Mill Road
Glastonbury, CT 06033
860-899-8289
tim.sullivan@warriorinstall.com
Timothy Sullivan

Walters Marine Construction Inc.
*added 9/8/16*
414 Woodbine Ocean View Road
Ocean View, NJ 08230
609-624-8702
dave@waltersmarineconstruction.com
David Southard

Waters & Bugbee Inc.
75 South Gold Drive
Hamilton, NJ 08691
609-584-1100
jwaters@watersandbugbee.com
Jeffrey S. Waters

Wetlands Inc.
*new address 5/1/17*
18 West Ridgewood Avenue
Paramus, NJ 07652
201-265-1099
cimbarrato@wetlandsincorporated.com
Christine Imbarrato